IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| BRENDA BRISTOW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. CIV-16-1421-C |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Bernard M. Jones on August 18, 2017. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 18) of the Magistrate Judge is adopted, the Motion for Extension of Time to File Plaintiff's Opening Brief (Dkt. No. 17) is denied, and this action is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 12th day of September, 2017.

ROBIN J. CAUTHRON
United States District Judge